**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Michael & Nichole L. Edmondson
    Bankruptcy Case No.  1-05-03382
    Unclaimed Funds For: ACS
                  PO Box 22724
                  Long Beach CA 90801-5724

Dear Clerk:

    Enclosed herewith please find check No.778907 for $4,333.14 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                        Very truly yours,

                                        *Carol A. Kreider*

                                        Carol A. Kreider
                                        Funds Manager